Chairman. Supporter my name. My name's Richard Greenline,ก богrecord for Universal Guests House. I am here today to speak in response to meeting today.  that of a towment of expletives. that poster first person to request, you're avaliable to be to see if I have any jristics in this case, can I for expecting license that tell me why I have any juristic had about this said I think I'm going to get in a while 30 days of injury for you to come to me and then it's mandatory to have juristic so I guess I'm going to try to figure out how you get your license to me sir if you don't see this that's the answer I'm not going to do this at all I'm sure you can at least do this at least approach your boss and say to me that I'm not going to Where the juristic on our tinnitus in under jurisdiction that we we require it to us because um to not feeling the discretion and not feeling the suffrage that we are required to do is stick it to the judge's perception that she should be there to see the consequences of her decision to not feel the suffrage that we are required to do is to not receive the discretion that she does not feel the suffrage that we are required to do is to not receive the discretion that we are required to do  that they  not afflicted with the concern that we are  as a jail guard is a  guard is a jail is a jail guard is a jail guard is a jail guard is a jail guard is a  guard is a  jail guard  a jail guard is is a jail guard  a
judges: Berzon, N.R. Smith, Zouhary